(INND Rev. 1/21) page 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

[This form is for non-prisoners to file a civil complaint. NEATLY print in ink (or type) your answers.]

-FILED-
DEC 08 2021
At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

Aatazaz Bazile Bey,
[You are the PLAINTIFF, print your full name on this line.]

v.

Case Number 1:21CV456
[For a new case in this court, leave blank. The court will assign a case number.]

Commonwealth of Massachusetts, Inter Alia
[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]

[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]

## CIVIL COMPLAINT

| # | Defendant's Name and Job Title | Address |
|---|---|---|
| 1 | [Put the defendant named in the caption in this box.] THE COMMONWEALTH of MASSACHUSETTS MASSACHUSETTS STATE POLICE VIACOM NEWS MEDIA | |
| 2 | [Put the names of any other defendants in these boxes.] MALDEN DISTRICT COURT JUDGE Emily A. Karstetter | |
| 3 | | |

[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and address of each defendant in a separate box as shown here.]

1. How many defendants are you suing? 4 as of now
2. What is your address? Mailing Address: c/o P.O. Box 10057 Fort Wayne, Indiana Republic 46850
3. What is your telephone number: (____) N/A
4. Have you ever sued anyone for these exact same claims?
   ☒ No.
   ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]

(INND Rev. 1/21)                                                                                                                          page 2

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT**: Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how these events happened.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT**: Include the names of minors, social security numbers, or dates of birth.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. On July 3rd, 2021 (Christian Calendar Year) Moorish American Nationals, were unlawfully detained and kidnapped by MASSACHUSETTS STATE POLICE. VIACOM NEWS MEDIA made many erroneous assumptions about our nationals and our movement that helped turn public opinion against our nationals without true understanding of the situation. The COMMONWEALTH OF MASSACHUSETTS and their magistrate, Emily A Karsetter / EMILY A. KARSETTER Did not administer to those nationals (Moorish Americans) Constitutionally.

2. Our nationals were humiliated on national tv for allegedly no apparent reason, as at the time I am writing this, no constitutionally sound charges have been filed. There was no crime committed as there is no injured party claiming any damages from them. Simply traveling the I-95 highway with camping and hunting gear is not a crime to my knowledge. Some are still being held prisoner.

[*DO NOT* write in the margins or on the back of any pages. Attach additional pages if necessary.]

Claims and Facts (continued)

_____
_____
_____
_____
_____
_____
_____

PRIOR LAWSUITS – Have you ever sued anyone for this exact same event?

☒ No.
◯ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

RELIEF – If you win this case, what do you want the court to order the defendant to do?

To be penalized by the full extent of the Constitutional law.
_____
_____
_____

FILING FEE – Are you paying the filing fee?

◯ Yes, I am paying the $402.00 filing fee. I understand that I am responsible to notify the defendant about this case as required by Federal Rule of Civil Procedure 4. [*If you want the clerk to sign and seal a summons, you need to prepare the summons and submit it to the clerk.*]

☒ No, I am filing a Motion to Proceed In Forma Pauperis and asking the court to notify the defendant about this case.

[*Initial Each Statement*]

**AB** I will keep a copy of this complaint for my records.
**AB** I will promptly notify the court of any change of address.
**AB** I declare **under penalty of perjury** that the statements in this complaint are true.

Aatayan Bazile Bey, All Rights Reserved    9-1-2021 (ccy)
Signature  UCC 1-308, Moorish American.    Date

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]