UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| AATAZAZ BAZILE BEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MASSACHUSETTS STATE POLICE *et al.*,<br><br>　　　　Defendants. | CAUSE NO. 1:21-CV-456 DRL-SLC |

## ORDER

The court previously ordered Aatazaz Bazile Bey to show cause by January 28, 2022 why this action should not be transferred to the United States District Court for the District of Massachusetts [ECF 3]. He didn't respond.

Venue is improper here. Under 28 U.S.C. § 1406(a), when a case is filed in the wrong district, "[t]he district court . . . [may] transfer such case to any district or division in which it could have been brought." For the reasons articulated in the prior order, the court TRANSFERS this case to the United States District Court for the District of Massachusetts.

　　SO ORDERED.

　　January 31, 2022　　　　　　　　　　　　　　　*s/ Damon R. Leichty*
　　　　　　　　　　　　　　　　　　　　　　　　Judge, United States District Court