

The Grand Seal        The Moorish American Flag        The Grand Emblem

# __Amended Complaint :__ Civil Action No. 22-10165-DJC

March 14, 2022

Denise J. Casper
United States District Judge

Greetings,

On July 3, 2021 (c.c.y) in the so-called Commonwealth of Massachusetts on the I-95 highway kinsmen of my nation were unlawfully detained and kidnapped by MASSACHUSETTS,STATE POLICE. My kinsmen and I are Moorish Americans and nationals of Moorish America. We stand for Love, Truth, Peace, Freedom and Justice and we're given instructions from our holy prophet Noble Drew Ali to enforce the constitution. (Please see House Joint Resolution 75 Philadelphia; House Resolution 1203 of Georgia and Religious Affidavit of Organization Book 521, pg 579, file No. 10105905 Form 1099 for reference. Also Sundry Free Moors Act 1790).

My kinsmen are being erroneously held on WANTON CHARGES and can be identified by MIDDLESEX SUPERIOR COURT case numbers as follows: 2181-CR-00361; 2181-CR-00363; 2181-CR-00364; 2181-CR-00365; 2181-CR-00366; 2181-CR-00367, by the original order of "Judge" Emily A. Karstetter. My kin are being held under COLOR OF LAW and their constitutional rights have been violated causing Absolute Injury. The second Amendment of the constitution for the United States of America states that the right to bear arms shall not be infringed.

I. Discussion

A. Federal Question Jurisdiction

I have standing to sue based on the fact that I as many others of my nation have suffered injuries to our reputation. Injury-"Any wrong or damage done to another either in his person,

rights, REPUTATION or property ( Woodruff v. Mining Co., C.C. Cal., 18F. 781; Hitchcock. Edgecombe County, 132 N.C. 573, S.E. 30). There are malicious misrepresentations by VIACOM about Our nation that have aroused a negative public opinion about my kin and I. I have been psychologically, verbally and spiritually attacked many times on different platforms for defending my kin against slander pertaining to the July 3rd incident. There are now a plethora of of anti-Moorish American slander found on various websites, media outlets and news sources, stating Moorish Americans are "Sovereign Citizens ", which is an oxymoronic term and is nonsense. None the less , terms such as "Sovereign Citizen" are a danger to my kin and I because it has been propagated to represent an anti-government sentiment in a connotative tense. Which indoctrinated the minds of law enforcement agencies and the like. It's a weaponized term much like "Conspiracy Theorist" that incites an immediate disregard for etymological and syntax principles that relays on a preprogrammed mindset of a situation. I have even been assaulted by a Fort Wayne policy enforcer who assumed I was a "Sovereign Citizen " in a traffic stop.

I furthermore state that I fulfill the obligations of third party standing. The Moorish Americans held by MIDDLESEX SUPERIOR COURT are my kin and it is our custom to come to each other's aid as counselor in matters of law. I assert Jus Sanguine standing because they are of the ancient Canaanite and Moabite bloodline as I am.

B. Diversity Jurisdiction

VIACOM, INC/ PARAMOUNT GLOBAL, is a public mass media company headquartered in One Astor Plaza in Manhattan New York City, United States. They engaged in defamatory rhetoric about Moorish Americans by posting on the CBS 4 BOSTON website, statements from the Southern Poverty Law Center that my kin are apart of a "Moorish Sovereign Citizen movement. Southern Poverty Law Center has been to blame in other defamatory and slander accusations, including a lawsuit of which they had to pay out a substantial amount to the plaintiff for slander. VIACOM/PARAMOUNT GLOBAL have the resources to do a thorough investigation before they turn to a source that has been proven to slander and defame. I believe this shows malicious intent and irresponsible journalism.

In Trust,

Aatazaz Bazile Bey

Free Moorish American

All Rights Reserved