UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| AATAZAZ BAZILE BEY,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MASSACHUSETTS STATE POLICE, et al.,<br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. 22-10165-DJC<br>)<br>)<br>)<br>)<br>) |

**ORDER**

**CASPER, J.**　　　　　　　　　　　　　　　　　　　　　　　　　　　October 7, 2022

By Memorandum and Order, the Court granted Plaintiff Aatazaz Bazile Bey's motion for leave to proceed *in forma pauperis* and advised him that his complaint is subject to dismissal pursuant to 28 U.S.C. § 1915(e)(2). D. 9. The Court's Memorandum and Order outlined the legal impediments to plaintiff's claims, including the failure to state a defamation claim against Viacom and failure to demonstrate that he has standing to bring suit against the government defendants to vindicate the constitutional rights of third parties who are facing criminal prosecution in Massachusetts. Id. Plaintiff was directed to file an amended complaint curing the pleading deficiencies. Id.

In response to the Memorandum and Order, Plaintiff filed an amended complaint. D. 10 (two-page letter entitled "Amended Complaint"). As to this Court's diversity jurisdiction, plaintiff alleges that the parties are diverse. Id. The amended complaint, however, fails to address all of the elements of a defamation claim and does not include a demand for relief. Id. The amended complaint fails to allege that the amount in controversy exceeds $75,000 as also required for diversity jurisdiction. Id. As to whether Plaintiff has standing, he asserts that he "fulfill[s] the

obligation of third party standing [because the] Moorish Americans held by MIDDLESEX SUPERIOR COURT are [plaintiff's] kin and it is [their] custom to come to each other's aid as counselor in matters of law." <u>Id</u>. at 2.  Such is not legally sufficient for standing.  For all of these reasons, the Court DISMISSES this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

    **SO ORDERED.**

<u>/s/ Denise J. Casper</u>
Denise J. Casper
United States District Judge